**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1195**

DEBORAH A. MULLINS,

              Plaintiff - Appellant,

        v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY; CHARLES KRYSIAK,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  District  Judge.
(1:07-cv-02454-CCB)

Submitted:  February 11, 2010          Decided:  March 3, 2010

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Stolarz, THE STOLARZ LAW FIRM, Baltimore, Maryland, for
Appellant. George A. Nilson, City Solicitor, Gary Gilkey, Chief
Solicitor, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Mullins appeals the district court's orders denying her motion for leave to amend the complaint and granting the Appellees' motion for summary judgment on Mullins' claims of gender discrimination, First Amendment retaliation, and tortious interference with contract and economic relations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mullins v. Mayor and City of Baltimore, No. 1:07-cv-02454-CCB (D. Md. Jan. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED